John BARBER, applt., v. Jane STAUCH, respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Judgment

affirmed with costs, but without prejudice to another action upon the same claim if plaintiff is so advised. Held, the plaintiff having consented to an adjournment, was not entitled to judgment as of course, although his complaint was verified, without making proof of his cause of action, an answer having thereafter been filed, containing a general denial. All concur.